IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-1928-AP

MARLENA GRABCZYK,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER GRANTING MOTION TO REMAND

The Commissioner of Social Security has moved pursuant to sentence four of 42 U.S.C. § 405(g) for entry of a judgment, with an order of reversal, with remand of the cause to the Commissioner for further administrative proceedings (doc. #13), filed January 18, 2008. Under sentence four of 42 U.S.C. § 405(g), this Court has the power "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand by the Court, the Appeals Council will remand the matter to an administrative law judge (ALJ) for a *de novo* hearing and to issue a new decision regarding Plaintiff's eligibility for benefits. The ALJ will be instructed to reevaluate all of the medical evidence of record and provide affirmative reasons, linked to specific evidence in the record, for the weight accorded to all of the medical opinions; to

redetermine Plaintiff's residual functional capacity based on the combination of all of Plaintiff's impairments as evidenced in the record as a whole, including any limitations imposed by her alleged pain and mental impairment(s); and, as necessary, at step five of the sequential evaluation process, to obtain the testimony of a vocational expert to determine whether there are jobs existing in significant numbers in the national economy that Plaintiff can perform.

Accordingly, pursuant to the power of this Court under sentence four of 42 U.S.C. § 405(g) and in light of the Commissioner's request for remand of this action for further administrative proceedings, this Court hereby

REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and

REMANDS the cause to the Commissioner for further administrative proceedings in accordance with the Court's order as set out above.

IT IS SO ORDERED.

Dated at Denver, Colorado this 29th day of January, 2008.

BY THE COURT:

*S/John L. Kane*
Judge John L. Kane
United States District Court Judge